IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION<br>NO. 23 C 968 |
| vs. | ) ) | JUDGE ROBERT W. GETTLEMAN |
| IN-STALL, INC., an Illinois corporation, | ) ) | |
| SILVANO P. SINTICH, an individual, | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by their attorneys, default having been entered against the Defendants on March 29, 2023, request this Court enter judgment against Defendants, IN-STALL, INC., an Illinois corporation, and SILVANO P. SINTICH, an individual, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On March 29, 2023, this Court entered default against Defendants.

2. Defendant, In-Stall, Inc., submitted its monthly fringe benefit contribution reports for the time period October 2022, December 2022 and January 2023. These reports indicate Defendant is delinquent in contributions to the Funds in the amount of $31,595.00. (See Affidavit of Katie Eby).

3. Additionally, the amount of $6,319.00 is due for liquidated damages. (Eby Aff. Par. 5).

4.	Defendants, In-Stall, Inc. and Silvano P. Sintich, have failed and refused to submit all amounts due pursuant to the terms of a Promissory Note entered into by Defendants on November 10, 2022 for the repayment of the total amount of $83,527.39 (after application of the down payment of $15,000.00) incurred for the months of August 2017, January 2018 through January 2021, March 2021, May 2021 through January 2022, May 2022 and June 2022; Defendants, In-Stall, Inc. and Silvano P. Sintich, owe the total amount of $84,209.04, which includes interest at the rate of 1.50% per month, pursuant to the Promissory Note. (Eby Aff. Par. 6).

5.	In addition, Plaintiffs' firm has expended $552.00 for costs and $950.25 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6.	Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $123,625.29.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $123,625.29.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\In-Stall, Inc\#29457\2023\motion for entry of judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>5th</u> day of <u>April 2023</u>:

    Mr. Silvano P. Sintich, Registered Agent
    In-Stall, Inc.
    17 W. Burlington Avenue
    Western Springs, IL   60558-1630

    Mr. Silvano P. Sintich
    17 W. Burlington Avenue
    Western Springs, IL   60558-1630

       /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\In-Stall, Inc\#29457\2023\motion for entry of judgment.cmc.df.wpd